

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Jeffrey Allen Rogers, Appellant

No. 06-21-00047-CV          v.

Kimberly Annette Coslett, Ralph Milton
Suddath and Point Bank, Appellees

Appeal from the 462nd District Court of Denton County, Texas (Tr. Ct. No. 19-10983-362). Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice Carter* participating.    *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, (1) we affirm the trial court's interpretation of the Agreement's allocation of ownership in Lot 49, but, because the judgment must account for post-Agreement transfers, we reverse the summary judgment as to the distribution of proceeds and render a judgment that the sale proceeds must be distributed 15/16 to Jeffrey and 1/16 to Kimberly; (2) we further render a judgment requiring the appointed broker to provide a report to the trial court in compliance with Sections 23A.010 and 23A.011 of the Texas Property Code and requiring that the sale's net proceeds be received into the registry of the trial court for distribution in accordance with this opinion; (3) we reverse the judgment as to the value it assigned to Lot 49 and remand the issue for an evidentiary hearing to determine Lot 49's value; and (4) we reverse and remand the summary judgment as to the fraudulent-lien claim and as to attorney fees for further proceedings consistent with this opinion.

We further order that the appellant and appellee shall each pay one-half of all costs incurred by reason of this appeal.

RENDERED APRIL 6, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk